(June 27, 1955.)

MARGARET CATTERSON et al., Appellants, v. LONG ISLAND RAIL ROAD COMPANY, Respondent. JOSEPH J. TURCO, an Infant, by MARIA MARINAN, His Guardian ad Litem, et al., Plaintiffs, v. LONG ISLAND RAIL ROAD COMPANY, Defendant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Murphy and Ughetta, JJ. [See ante, p. 848.]

WILLIAM DRINKWATER, Appellant, v. DANIEL GRADY et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ. [See 285 App. Div. 1176.]

In the Matter of CLIFFORD BARNES, Respondent, against GEORGE P. MONAGHAN, as Police Commissioner of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1177.]

In the Matter of the Accounting of EDWARD Q. CARR et al., as Coexecutors of JOHN T. BISHOP, Deceased, Appellants. PAUL E. LORD et al., Practicing under the Name of LORD & HUNTINGTON, Respondents.— Motion to resettle order of May 9, 1955, denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See 285 App. Div. 1160.]

In the Matter of CLUB 681, INC., Petitioner, against JOHN F. O'CONNELL, as Chairman of the State Liquor Authority, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. [See 285 App. Div. 1160.]

In the Matter of BROOKLYN BAR ASSOCIATION. VINCENT F. DE MARIA, an Attorney.— The issues raised by the petitioner and the answer are referred to Honorable FRANK F. ADEL, Official Referee, for hearing and report, together with his recommendations. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ.